### NEW ENGLAND TELEPHONE & TELEGRAPH COMPANY

v.

### AERIAL PHOTO & SURVEY, INC.

Supreme Judicial Court of Maine.

Submitted on Briefs March 16, 1989.

Decided March 30, 1989.

John C. Nivison, Pierce, Atwood, Scribner, Allen, Smith & Lancaster, Augusta, for plaintiff.

Louis R. Marcou, Marcou & Marcou, Waterville, for defendant.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD and COLLINS, JJ.

## MEMORANDUM OF DECISION.

This matter is before us on appeal by defendant, Aerial Photo & Survey, Inc., from a Superior Court (Somerset County; *MacInnes, A.R.J.*) order approving attachment and trustee process against defendant's property. We find no clear error in the court's determination that there is a reasonable likelihood that the plaintiff, New England Telephone & Telegraph Company, will recover judgment in the amount approved for attachment against defendant, *Barrett v. Stewart*, 456 A.2d 10, 11 (Me.1983); M.R.Civ.P. 4A(c), and no abuse of the court's discretion in ordering the attachment. *Id.* Moreover, we find no defect in the service of process sufficient to preclude the court from ordering the approval of attachment. M.R.Civ.P. 4.

The entry is:

Order affirmed.

All concurring.